IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

<u>JASPER DIVISION</u>

| | |
|---|---|
| LEONARD RAY JOHNSON | ) |
| | ) |
| v. | ) CV. NO. 08-BE-8030-J |
| | ) CR. NO. 07-BE-158-J |
| UNITED STATES OF AMERICA | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on July 28, 2009, recommending that the motion to vacate be denied. The magistrate judge further recommended that the motion for witnesses to be heard also be denied. The parties were allowed fifteen days in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the motion for witnesses to be heard and the motion to vacate are due to be DENIED. A Final Judgment will be entered.

DATED this the 26th day of August, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE